# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**Civil Case Number: 6:18-cv-01636-CEM-KRS**

| | |
|---|---|
| Ilya Gnezdilov, | : |
| Plaintiff, | : |
| vs. | : |
| Hunter Warfield, Inc., | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 30, 2018

                                          Respectfully submitted,

                                          By     */s/ Tamra Givens*
                                          Tamra Givens, Esq.
                                          Florida Bar No. 657638
                                          43 Danbury Road
                                          Wilton, CT 06897
                                          Telephone: (203) 653-2250
                                          Facsimile: (203) 653-3424
                                          tgivens@lemberglaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 30, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                   By /s/ Tamra Givens

                                                       Tamra Givens